```
                                FILED
                      CLERK, U.S. DISTRICT COURT

                           October 14, 2020

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:         JM         DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO DANIEL CARDENAS,<br><br>Defendant. | Case No. CR 18-786-SVW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On October 8, 2020, Defendant Gustavo Daniel Cardenas made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 18, 2020. Deputy Federal Public Defender Neha Salerno was appointed to represent Defendant. .

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds as follows:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒ allegations in the petition include falsely responding to inquiries of the Probation Office, failing to report to the U.S. Probation and Pretrial Services Office as ordered by the Court, termination from residential drug treatment program and failure to complete that program due to violations of its rules and regulation, and failure to report to notify the Probation Officer of his location as directed.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒ Allegations in the petition include use of methamphetamine and termination from residential drug treatment program
>
> ☒ Defendant has sustained a number of convictions, including for felony second degree robbery, and was in Criminal History Category Six when he was sentenced in the underlying case for felon in possession of a firearm and ammunition.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 14, 2020

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2